1  LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
2  thompsonl@gtlaw.com
LARAINE BURRELL, ESQ.
3  Nevada Bar No. 8771
burrelll@gtlaw.com
4  SHAUNA WELSH, Esq.
Nevada Bar No. 11320
5  walshs@gtlaw.com
GREENBERG TRAURIG, LLP
6  3773 Howard Hughes Parkway
Suite 400 North
7  Las Vegas, Nevada 89169
Telephone: (702) 792-3773
8  Facsimile: (702) 792-9002
Counsel for Plaintiff, GNLV, Corp.
9

10          **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
11

12  GNLV, Corp., a Nevada          Case No.:  **2:12-CV-01811-JCM-GWF**
    corporation,
13
              Plaintiff,           **STIPULATION AND**
14                                 **ORDER OF DISMISSAL**
    v.
15
    RARE Hospitality International, Inc.
16  a Georgia entity,

17            Defendant.

18

19

20      IT IS HEREBY STIPULATED, by and between the parties, plaintiff GNLV, Corp. and

21  defendant RARE Hospitality International, Inc. that all claims and defenses brought in the

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

*LV 419982697v1*

1  above-captioned action shall be dismissed with prejudice, each party to bear its own costs

2  and attorney fees.

3  DATED:  16th day of May, 2013                DATED:  16th day of May, 2013

4

5  GREENBERG TRAURIG, LLP                       ALSTON & BIRD LLP

6  /s/ Lauri S. Thompson                        /s/ Robert L. Lee
   Lauri S. Thompson (Bar No. 6846)             Robert L. Lee (GA Bar No. 443978)
7  Laraine M.I. Burrell (Bar No. 8771)          (Pro Hac Vice Admitted)
   Shauna Welch (Bar No. 11320)                 1201 W. Peachtree Street
8  3773 Howard Hughes Pkwy., Suite 400N         Atlanta, GA  30309-3424
   Las Vegas, NV  89169
9                                               James D. Boyle (Bar No. 8384)
   Counsel for GNLV, Corp.                      Kimberly L. Cooper (Bar No. 9533)
10                                              Cotton, Driggs, Walch, Holley,
                                                  Woloson & Thompson
11                                              400 S. Fourth St., 3rd Floor
                                                Las Vegas, NV  89101
12
                                                Counsel for RARE Hospitality
13                                              Management, Inc.

14

15

16

17                                              IT IS SO ORDERED:

18

19                                              UNITED STATES DISTRICT COURT JUDGE
                                                DATED  May 17, 2013.
20

21

22

23

24

25

26

27

28

*LV 419982697v1*

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002