LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
thompsonl@gtlaw.com
LARAINE BURRELL, ESQ.
Nevada Bar No. 8771
burrelll@gtlaw.com
SHAUNA WELSH, ESQ.
Nevada Bar No. 11320
walshs@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff, GNLV, Corp.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GNLV, Corp., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>RARE Hospitality International, Inc. a Georgia entity,<br><br>Defendant. | Case No.: **2:12-CV-01811-JCM-GWF**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED, by and between the parties, plaintiff GNLV, Corp. and defendant RARE Hospitality International, Inc. that all claims and defenses brought in the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LV 419982697v1

1  above-captioned action shall be dismissed with prejudice, each party to bear its own costs
2  and attorney fees.

3  DATED: 16th day of May, 2013                    DATED: 16th day of May, 2013

5  GREENBERG TRAURIG, LLP                          ALSTON & BIRD LLP

6  /s/ Lauri S. Thompson                           /s/ Robert L. Lee
   Lauri S. Thompson (Bar No. 6846)                Robert L. Lee (GA Bar No. 443978)
7  Laraine M.I. Burrell (Bar No. 8771)             (Pro Hac Vice Admitted)
   Shauna Welch (Bar No. 11320)                    1201 W. Peachtree Street
8  3773 Howard Hughes Pkwy., Suite 400N            Atlanta, GA 30309-3424
   Las Vegas, NV 89169

   Counsel for GNLV, Corp.                         James D. Boyle (Bar No. 8384)
                                                   Kimberly L. Cooper (Bar No. 9533)
                                                   Cotton, Driggs, Walch, Holley,
                                                     Woloson & Thompson
                                                   400 S. Fourth St., 3rd Floor
                                                   Las Vegas, NV 89101

                                                   Counsel for RARE Hospitality
                                                   Management, Inc.


                                                   IT IS SO ORDERED:

                                                   _____
                                                   UNITED STATES DISTRICT COURT JUDGE
                                                   DATED  May 17, 2013.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002